```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 06 B 09032
   ROBIN L BUNDY
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-6817


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/27/06 and confirmed on 11/01/06.

   2.  The case was dismissed after confirmation, 06/01/2007.

   3.  The Debtor paid a total of $   2688.00 .

   4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
-------------------------------------------------------------------------------
CITIZENS FIRST NATIONAL    SECURED         13475.00       764.69        793.50
PERU FEDERAL SAVINGS BAN   SECURED          4700.00       287.66        491.85
TRI CITY SHEET METAL       SECURED           250.00        12.01         20.72
AT & T                     UNSECURED      NOT FILED          .00           .00
AMCORE BANK                UNSECURED      NOT FILED          .00           .00
AMERICASH                  UNSECURED      NOT FILED          .00           .00
ASPIRE                     UNSECURED      NOT FILED          .00           .00
AUDIO PLUS INS             UNSECURED      NOT FILED          .00           .00
CAPITAL ONE FINANCIAL      UNSECURED      NOT FILED          .00           .00
CENTRAL ILLINOIS PATHOLO   UNSECURED      NOT FILED          .00           .00
CENTRAL PULMONARY          UNSECURED      NOT FILED          .00           .00
CHECK INTO CASH            UNSECURED      NOT FILED          .00           .00
CHECK N GO                 UNSECURED      NOT FILED          .00           .00
CONNECTING POINT COMPUTE   UNSECURED      NOT FILED          .00           .00
KENNETH R MCEVOY           UNSECURED      NOT FILED          .00           .00
DAILY NEWS TRIBUNE         UNSECURED      NOT FILED          .00           .00
DAVID COYNIK PARADISE BL   UNSECURED      NOT FILED          .00           .00
DISH NETWORK               UNSECURED      NOT FILED          .00           .00
ROGER MILLER @ FAMILY CH   UNSECURED      NOT FILED          .00           .00
FARMERS INSURANCE          UNSECURED      NOT FILED          .00           .00
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
-------------------------------------------------------------------------------
FINANCIAL PLUS             UNSECURED          860.49         .00           .00
ARROW FINANCIAL SERVICES   UNSECURED      NOT FILED          .00           .00
PROFESSIONAL & MEDICAL C   UNSECURED      NOT FILED          .00           .00
GREENTREE                  UNSECURED      NOT FILED          .00           .00
GREENVIEW LANDSCAPING CO   UNSECURED      NOT FILED          .00           .00
HEIGHTS FINANCE            UNSECURED          974.39         .00           .00
HEILIG MEYERS              UNSECURED      NOT FILED          .00           .00
```

```
HOSPITAL RADIOLOGY SRV    UNSECURED     NOT FILED          .00          .00
HUMMER INSURANCE AGENCY   UNSECURED     NOT FILED          .00          .00
CREDITORS DISCOUNT & AUD  UNSECURED     NOT FILED          .00          .00
ILLINOIS VALLEY PATHOLOG  UNSECURED     NOT FILED          .00          .00
TOMAS TONOZZI             UNSECURED        612.00          .00          .00
CHECK IT                  UNSECURED         56.26          .00          .00
LASALLE STATE BANK        UNSECURED     NOT FILED          .00          .00
MCI                       UNSECURED     NOT FILED          .00          .00
MERTELS                   UNSECURED     NOT FILED          .00          .00
MIDWEST EAR,NOSE & THROA  UNSECURED     NOT FILED          .00          .00
OSI COLLECTION SERVICES   UNSECURED     NOT FILED          .00          .00
RUBEN E SANTOS MD         UNSECURED     NOT FILED          .00          .00
ROBERT B STEELE ESQ       UNSECURED      11932.00          .00          .00
SBC AMERITECH             UNSECURED     NOT FILED          .00          .00
SECURITY FINANCE CO       UNSECURED     NOT FILED          .00          .00
SILVER CROSS HOSPITAL     UNSECURED     NOT FILED          .00          .00
CALVARY PORTFOLIO SERV    UNSECURED     NOT FILED          .00          .00
ST MARGARETS HOSPITAL     UNSECURED     NOT FILED          .00          .00
COLLECTION PROFESSIONALS  UNSECURED       7899.15          .00          .00
ST FRANCIS MEDICAL CTR    UNSECURED     NOT FILED          .00          .00
SUN LOAN                  UNSECURED     NOT FILED          .00          .00
CASH STORE                UNSECURED     NOT FILED          .00          .00
TOTAL GYM LTD             UNSECURED     NOT FILED          .00          .00
TRIBUTE MASTER CARD       UNSECURED     NOT FILED          .00          .00
US CELLULAR               UNSECURED     NOT FILED          .00          .00
WORLD ACCEPTANCE CORPORA  UNSECURED       1213.67          .00          .00
CITIZENS FIRST NATIONAL   UNSECURED         33.26          .00          .00
AMEREN IP PAYMENTS        UNSECURED        458.01          .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        223.84          .00          .00
APPLIED INCOME SCIENCES   UNSECURED        855.66          .00          .00
```

Summary of disbursements:

```
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED  18425.00         .00     25118.73         .00     43543.73
PRINCIPAL PAID       1306.07         .00          .00         .00      1306.07
INTEREST PAID        1064.36         .00          .00         .00      1064.36
TOTAL PAID           2370.43         .00          .00         .00      2370.43
```

The Debtor's attorney, SCHEINBAUM & WEST          , was allowed $    3000.00
and was paid $      726.00  direct and $      207.20  through the plan.

The Trustee received $     110.37 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/15/07                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                              PAGE   3
    CASE NO. 06 B 09032 ROBIN L BUNDY
```